| No | IP Address | P2PClient | HitDateUTC | Title | Filehash | ISP | city | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 76.7.190.60 | Vuze 4.5.0.4 | 8/15/12 07:15:58 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Embarq Corporation | Kingsport | Sullivan |
| 2 | 76.5.143.238 | Vuze 4.5.0.4 | 8/16/12 09:40:52 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Embarq Corporation | Elizabethton | Carter |
| 3 | 68.59.222.138 | µTorrent 2.2.1 | 8/20/12 12:20:57 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Comcast Cable | Athens | McMinn |
| 4 | 99.127.205.48 | Vuze 4.7.1.2 | 8/20/12 11:42:51 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | AT&T U-verse | Chattanooga | Hamilton |
| 5 | 65.5.53.88 | µTorrent 3.1.2 | 8/24/12 04:22:23 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | BellSouth.net | Fayetteville | Lincoln |
| 6 | 184.2.225.213 | µTorrent 3.1.3 | 8/29/12 01:13:55 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Embarq Corporation | Jonesborough | Washington |
| 7 | 184.174.156.145 | BitTorrent 7.7.0 | 9/9/12 09:07:38 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | EPB Telecom | Soddy Daisy | Hamilton |
| 8 | 99.127.204.28 | Vuze 4.7.1.2 | 9/13/12 05:31:51 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | AT&T U-verse | Chattanooga | Hamilton |
| 9 | 99.122.31.46 | µTorrent 3.3.0 (Beta) | 9/17/12 12:19:49 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | AT&T U-verse | Cleveland | Bradley |
| 10 | 24.158.149.77 | Vuze 4.5.0.4 | 9/30/12 07:55:58 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Charter Communications | Tullahoma | Coffee |
| 11 | 207.144.176.72 | Vuze 4.7.2.0 | 10/1/12 04:26:50 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Spirit Telecom | Wartburg | Morgan |
| 12 | 99.127.204.28 | Vuze 4.7.2.0 | 10/6/12 02:24:07 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | AT&T U-verse | Chattanooga | Marion |
| 13 | 97.81.55.123 | BitTorrent 7.6.1 | 10/7/12 10:41:33 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Charter Communications | Maryville | Blount |
| 14 | 68.32.103.144 | Vuze 4.7.2.0 | 10/9/12 11:25:00 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Comcast Cable | Clinton | Anderson |
| 15 | 50.142.168.145 | Vuze 4.7.2.0 | 10/9/12 02:15:35 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Comcast Cable | Jonesborough | Washington |
| 16 | 76.7.114.37 | µTorrent 3.2.1 | 10/15/12 04:03:50 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Embarq Corporation | Johnson City | Washington |
| 17 | 71.87.206.123 | µTorrent 3.2.0 | 10/18/12 01:30:35 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Charter Communications | Cleveland | Bradley |
| 18 | 198.57.80.6 | µTorrent 3.1.0 | 10/19/12 08:10:59 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | EPB Telecom | Chattanooga | Hamilton |
| 19 | 173.166.240.20 | µTorrent 3.1.0 | 10/19/12 05:16:26 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Comcast Business Communications | Chattanooga | Hamilton |
| 20 | 69.246.154.110 | Vuze 4.5.0.4 | 10/25/12 11:59:53 PM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Comcast Cable | Athens | McMinn |
| 21 | 50.142.3.176 | Vuze 4.7.1.2 | 10/30/12 01:57:20 AM | Night of the Living Dead 3D : Re - Animation | SHA1: 4E92249F7ED7CF6FFC32EF8391E4902AAF23916F | Comcast Cable | Knoxville | Knox |