IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIMENTIONAL DEAD PRODUCTIONS, LLC ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 3:12-cv-603 |
| ) | |
| DOES 1-21. ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

I, the undersigned, as counsel of record for the plaintiff, certify that to the best of my knowledge and belief, my client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1.

Respectfully submitted,

s/Van R. Irion
Law Office of Van R. Irion, PLLC
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
(865) 809-1505
van@irionlaw.com

Dated: November 21, 2012

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system.