

To Whom It May Concern:

In Regards To Civil Action No. 3:12-CV-603
Does 1-21

FILED

FEB 13 2013

U S District Court
Eastern District of Tennessee
At Knoxville

The time in question was within the first week that my account had been started and I was still setting up household in my new abode. Security protocols were not in effect during that first 2 weeks plus I have Wi-Fi going. My Internet service has dropped out several times over that last few months as well due to maintenance on the lines. Therefore I cannot guarantee that someone outside my home didn't sneak onto my Internet connection to download the movie in question. In regards to the movie itself, it is not one that I nor anyone in my household would be interested in watching, downloading, or buying. Not to mention, until the letter and subpoena arrived I had never heard of the movie in question. Upon further reading of the Subpoena, it says that the IP address in question in regards to myself originates in Cleveland, Tennessee (Bradley County). I do not live in that city nor that county and have never lived there. I actually reside in Rhea County, Tennessee.

Hence I am formally requesting that my name and details be withheld from disclosure to the Plaintiff (Dimentional Dead Productions, LLC). Please cease and desist forthwith.

Sincerely,

Users of
71.87.206.123

