

02/10/2013

I am objecting to:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action



FILED

FEB 13 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| DIMENTIONAL DEAD PRODUCTIONS, LLC, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 3:12-CV-603 |
| ) | |
| DOES 1-21 ) | |
| Defendant ) | |

**SUBPOENA TO PRODUCE DOCUMENTS OR INFORMATION IN A CIVIL ACTION**

To:
Charter Communications
12405 Powerscourt Drive
St.Louis, MO 63131
Fax# 314-909-0609

☒ *Production:* Per the attached court order, **YOU ARE COMMANDED** to produce the following information, and permit their inspection, copying, or sampling of the information:

The name, address, and phone number of the persons or entities who use the IP addresses identified as:

| | | | | |
|---|---|---|---|---|
| 24.158.149.77 | 9/30/12 07:55:58 PM | Tullahoma | Coffee | Tennessee |
| 97.81.55.123 | 10/7/12 10:41:33 PM | Maryville | Blount | Tennessee |
| 71.87.206.123 | 10/18/12 01:30:35 AM | Cleveland | Bradley | Tennessee |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 12/26/2012

*Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *Dimentional Dead Productions, LLC*, who issues or requests this subpoena, are: Law Office of Van R. Irion, 9040 Executive Park Drive, Suite 200, Knoxville, TN 37923, van@irionlaw.com, 865-809-1505.

Subpoena for Production of Information, 3:12-CV-603, Page 1 of 2

The reason for my objection is that I do not know what this is all about. I received this letter from charter directly that stated my information would be disclosed if I did not object this directly to the court by February 13, 2013 and send a confirmation to them before the deadline. I

have not downloaded the movie that I am being accused of. When this movie was "allegedly downloaded" I was living with two roommates and we each had girlfriends. That is a total of six people that could have accessed the internet that was not password encrypted. The house was not in my name; however, the cable/internet was and I have taken action to prevent this from happening again.

Thank You.

Clint Weltman

